| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender |
| 2 | LEXI P. NEGIN, SBN 250376<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>T: (916) 498-5700 |
| 5 | lexi_negin@fd.org |
| 6 | Attorneys for Defendant<br>NATHANIEL JOHN CUMMINGS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00135-TLN |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) | |
| NATHANIEL JOHN CUMMINGS, | ) | Date: April 15, 2021<br>Time: 9:30 AM |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between Phillip A. Talbert, Acting United States Attorney, through Mira Chernick, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, counsel for Defendant Nathaniel John Cummings, that the Status Conference currently set for April 15, 2021 may be continued to **June 17, 2021 at 9:30 a.m.**

The government has produced over 900 pages of discovery, and has made additional electronic discovery available for defense counsel to review. Defense counsel needs additional time to consult with her expert.

Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

Based upon the foregoing, the parties request that time be excluded between April 15, 2021 and June 17, 2021 (inclusive) under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and respectfully request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 13, 2021

/s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorneys for Defendant
NATHANIEL JOHN CUMMINGS

Date: April 13, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Mira Chernick
MIRA CHERNICK
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April 13, 2021

Troy L. Nunley
United States District Judge