HEATHER E. WILLIAMS, SBN 122664
Federal Defender
LEXI P. NEGIN, SBN 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
lexi_negin@fd.org

Attorneys for Defendant
NATHANIEL JOHN CUMMINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00135-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| NATHANIEL JOHN CUMMINGS, | Date:   September 30, 2021 |
| Defendant. | Time:  9:30 AM |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between Phillip A. Talbert, Acting United States Attorney, through Mira Chernick and Christina McCall, Assistant United States Attorneys, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, counsel for Defendant Nathaniel John Cummings, that the Status Conference currently set for September 30, 2021, may be continued to **December 9, 2021 at 9:30 a.m.**

Counsel for defendant has filed a motion to withdraw as counsel and if granted, new counsel will need additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

Based upon the foregoing, the parties request that time be excluded between September 30, 2021, and December 9, 20201 (inclusive) under the Speedy Trial Act pursuant to Title 18,

1   United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4), because it results from a

2   continuance granted by the Court at defendant's request on the basis of the Court's finding that

3   the ends of justice served by taking such action outweigh the best interest of the public and the

4   defendant in a speedy trial.  The parties agree that the ends of justice outweigh the best interests

5   of the public and the defendant in a speedy trial and respectfully request the Court so to find.

6

7                                                      Respectfully submitted,

8                                                      HEATHER E. WILLIAMS
                                                       Federal Defender
9

10   Date: September 27, 2021              /s/  Lexi Negin
                                                       LEXI NEGIN
11                                                     Assistant Federal Defender
                                                       Attorneys for Defendant
12                                                     NATHANIEL JOHN CUMMINGS

13

14
     Date: September 27, 2021              PHILLIP A. TALBERT
15                                                     Acting United States Attorney

16                                                     /s/ Mira Chernick
17                                                     MIRA CHERNICK
                                                       Assistant United States Attorney
18                                                     Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>O R D E R</u>**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.


Dated: September 28, 2021

_____
Troy L. Nunley
United States District Judge