Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Nathaniel Cummings

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>NATHANIEL CUMMINGS,<br><br>          Defendant. | Case No. 2:20-CR-00135-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Troy L. Nunley. |

**STIPULATION**

1. By previous order this case was set for status conference on December 9, 2021.

2. By this stipulation, the defendants ask to move the status conference until February 10, 2022 and to exclude time between December 9, 2021 and February 10, 2022 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Defense counsel was recently appointed. Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

    (b) Counsel for defendant believes failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    (c) The government does not object to the continuance.

{00030813}

   (d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   (e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 9, 2021 to February 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: December 2, 2021.   Respectfully submitted,

By /s/ Kresta Nora Daly for
CHRISTINA McCALL
ASSISTANT UNITED STATES ATTORNEY

Dated: December 2, 2021.   BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for NATHANIEL CUMMINGS

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of December 9, 2021 is vacated. The status conference will be reset for February 10, 2022. The Court finds excludable time through February 10, 2022 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

**DATED: December 6, 2021**

_____
Troy L. Nunley
United States District Judge