Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Nathaniel Cummings

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NATHANIEL CUMMINGS,<br><br>  Defendant. | Case No. 2:20-CR-00135-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Troy L. Nunley. |

**STIPULATION**

1. By previous order this case was set for status conference on February 10, 2022.

2. By this stipulation, the defendants ask to move the status conference until March 17, 2022, at 9:30 a.m., and to exclude time between February 10, 2022 and March 17, 2022 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   (a) Defense counsel was recently appointed.  Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.  Due to the recent Omicron surge defense counsel has been severely limiting her trips to the Sacramento County Jail.  Defense counsel will not enter any floor of the jail which has a quarantine order.  Mr. Cummings is and has been housed on floors with quarantine orders.

   (b) Counsel for defendant believes failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into

1  account the exercise of due diligence.

2      (c)     The government does not object to the continuance.

3      (d)     Based on the above-stated findings, the ends of justice served by
4  continuing the case as requested outweigh the interest of the public and the defendants in a trial
5  within the original date prescribed by the Speedy Trial Act.

6      (e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
7  § 3161, *et seq.*, within which trial must commence, the time period of February 10, 2022 to
8  March 17, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)
9  [Local Code T4] because it results from a continuance granted by the Court at defendants' request
10  on the basis of the Court's finding that the ends of justice served by taking such action outweigh
11  the best interest of the public and the defendants in a speedy trial.

13  Dated: January 31, 2022.      Respectfully submitted,

15  By  /s/ Kresta Nora Daly for
    CHRISTINA McCALL
16      ASSISTANT UNITED STATES ATTORNEY

19  Dated: January 31, 2022.      BARTH DALY LLP

20  By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
21      Attorneys for NATHANIEL CUMMINGS

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of February 10, 2022 is vacated. The status conference will be reset for March 17, 2022, at 9:30 a.m. The Court finds excludable time through March 17, 2022 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: February 2, 2022

Troy L. Nunley
United States District Judge