Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Nathaniel Cummings

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>NATHANIEL CUMMINGS,<br><br>         Defendant. | Case No. 2:20-CR-00135-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Troy L. Nunley. |

**STIPULATION**

1. By previous order this case was set for status conference on March 17, 2022.

2. By this stipulation, the defendants ask to move the status conference until May 26, 2022, at 9:30 a.m., and to exclude time between March 17, 2022 and May 26, 2022 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Defense counsel was recently appointed. Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial. Due to the Omicron surge defense counsel was unable to safely meet in person with her detained client for 8-10 weeks.

    (b) Counsel for defendant believes failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1       (c)     The government does not object to the continuance.

2       (d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      (e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 10, 2022 to May 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  March 10, 2022.            Respectfully submitted,

By   /s/ Kresta Nora Daly for
      CHRISTINA McCALL
      ASSISTANT UNITED STATES ATTORNEY

Dated:  March 10, 2022.            BARTH DALY LLP

By   /s/ Kresta Nora Daly
      KRESTA NORA DALY
      Attorneys for NATHANIEL CUMMINGS

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of March 17, 2022 is vacated. The status conference will be reset for **May 26, 2022, at 9:30 a.m**. The Court finds excludable time through May 26, 2022 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated:  March 11, 2022

_____
Troy L. Nunley
United States District Judge