1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  PO Box F
   Winters, California 95694
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   Nathaniel Cummings

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | Case No. 2:20-CR-00135-TLN |
|---|---|---|
| 11 | Plaintiff, | |
| 12 | v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| 13 | NATHANIEL CUMMINGS, | Judge: Honorable Troy L. Nunley. |
| 14 | Defendant. | |

15

16                               **STIPULATION**

17       1.      By previous order this case was set for status conference on May 26, 2022.

18       2.      By this stipulation, the defendant asks to move the status conference until July 28,

19  2022 and to exclude time between May 26, 2022 and July 28, 2022 under Local Code T4.

20       3.      The parties agree and stipulate, and request that the Court find the following:

21              (a)     Counsel for defendant desires time to consult with her client, review the

22  discovery, conduct investigation and otherwise prepare for trial.  Due to the Omicron surge

23  defense counsel was unable to safely meet in person with her detained client for 8-10 weeks.

24              (b)     Counsel for defendant believes failure to grant the above-requested

25  continuance would deny her the reasonable time necessary for effective preparation, taking into

26  account the exercise of due diligence.

27              (c)     The government does not object to the continuance.

28              (d)     Based on the above-stated findings, the ends of justice served by

BARTH DALY LLP
ATTORNEYS AT LAW

1  continuing the case as requested outweigh the interest of the public and the defendant in a trial
2  within the original date prescribed by the Speedy Trial Act.
3      (e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
4  § 3161, *et seq.*, within which trial must commence, the time period of May 26, 2022 to July 28,
5  2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
6  T4] because it results from a continuance granted by the Court at defendants' request on the basis
7  of the Court's finding that the ends of justice served by taking such action outweigh the best
8  interest of the public and the defendants in a speedy trial.

Dated:  May 23, 2022.                  Respectfully submitted,

By    /s/ Kresta Nora Daly for
     CHRISTINA McCALL
     ASSISTANT UNITED STATES ATTORNEY

Dated:  May 23, 2022.                  BARTH DALY LLP

By    /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for NATHANIEL CUMMINGS

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of May 26, 2022 is vacated. The status conference will be reset for July 28, 2022, at 9:30 a.m. The Court finds excludable time through July 28, 2022 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

DATED: May 23, 2022

Troy L. Nunley
United States District Judge