Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Nathaniel Cummings

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00135-DAD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING AND RESET DATES** |
| NATHANIEL CUMMINGS, | |
| Defendant. | Judge: Honorable Dale A. Drozd. |

The parties seek to vacate the currently set sentencing date and re-set sentencing and related deadlines as follows:

| | |
|---|---|
| Judgement and Sentencing Date: | December 13, 2022 |
| Reply or Statement of Non-Opposition: | December 6, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 29, 2022 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 22, 2022 |

Counsel's informal written objections to the Presentence

Report shall be delivered to the Probation Officer and opposing

{00030813}

1 | counsel no later than: November 15, 2022
2 | The draft Presentence Report shall be disclosed
3 | to counsel no later than: November 1, 2022

Probation is aware of this request and does not object.

Dated:  September 16, 2022.        Respectfully submitted,

By  /s/ Kresta Nora Daly for
    CHRISTINA McCALL
    ASSISTANT UNITED STATES ATTORNEY


Dated:  September 16, 2022.        BARTH DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for NATHANIEL CUMMINGS

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The currently set sentencing date of October 27, 2022 is vacated. Sentencing is reset for December 13, 2022, at 9:30 a.m. The following deadlines are adopted:

| | |
|---|---|
| Reply or Statement of Non-Opposition: | December 6, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 29, 2022 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 22, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 15, 2022 |
| The draft Presentence Report shall be disclosed to counsel no later than: | November 1, 2022 |

IT IS SO ORDERED.

Dated: **September 16, 2022**         _Dale A. Drozd_
                                       UNITED STATES DISTRICT JUDGE