PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>NATHANIEL JOHN CUMMINGS,<br><br>            Defendant. | 2:20-CR-00135-DAD<br><br>FINAL ORDER OF FORFEITURE |

On or about September 9, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Nathaniel John Cummings, forfeiting to the United States the following property:

    a. 64 GB SanDisk MicroSD card in a Kingston adapter;
    b. Black Samsung Galaxy Note 8 cell phone, Model SM-N950U, IMEI 358503082957813;
    c. Black and silver HP Laptop, Model DV6-2155DX, Serial Number CNF00268WW; and
    d. 16 GB SanDisk MicroSD card with adapter.

Beginning on September 13, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

/ / /

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

    a. Melodie Russell:  A notice letter was sent via certified mail to Melodie Russell at 2045 Danvers Way, Sacramento, CA 95823 on September 12, 2022.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on September 14, 2022.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Nathaniel John Cummings and Melodie Russell.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **January 23, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE